CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 2 8 2016

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Action No. 5:14-cr-00034 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| EMILIO LOAEZA-MONTES, | ) | By: Michael F. Urbanski |
| Petitioner. | ) | United States District Judge |

In accordance with the accompanying Memorandum Opinion, it is hereby

**ADJUDGED and ORDERED**

that the government's motion to dismiss (ECF No. 49) is **GRANTED**; Emilio-Montes' motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (ECF No. 40) is **DISMISSED**; the government's motion to stay (ECF No. 47) is **DENIED** as moot, a certificate of appealability is **DENIED**; and this action shall be **STRICKEN** from the active docket of this court.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to the parties.

ENTER: This 27th day of October, 2016.

/s/ Michael F. Urbanski
United States District Judge